FILED

AUG - 0 2007



RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Geri N. Kahn (CSB #148536)
400 Montgomery Street, Suite 810
San Francisco, CA 94104
Tel. (415) 397-5446
Fax (925) 889-4379
Email: gkahn@pacbell.net

E-filing

BZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Case No. **C 07 4264**

Siamak MORTEZAPOUR, )
          Plaintiff, )
          vs. )
Michael Chertoff, Secretary, Department of )
Homeland Security; Emilio T. Gonzalez, )
Director, United States Citizenship and )
Immigration Services; Alberto Gonzales, )
Attorney General; Alfonso Aguilar, Chief; )
United States Citizenship and Immigration )
Services; Rosemary Melville, District )
Director United States Citizenship and )
Immigration Services; and Robert Mueller, )
Director of Federal Bureau of Investigation. )
          Defendants. )

**PLAINTIFF'S COMPLAINT FOR WRIT
IN THE NATURE OF MANDAMUS**

Plaintiff, Siamak MORTEZAPOUR, by and through his undersigned attorney, sues
Defendants and states as follows:

1.    This action is brought against the Defendants to compel action on his application for
    Naturalization properly filed by the Plaintiff.  The application was filed and remains

within the jurisdiction of the Defendants, who have improperly withheld action on this application to Plaintiff's detriment.

## PARTIES

2. Plaintiff Siamak MORTEZAPOUR (A75 736 108) is a native and citizen of Iran. He filed an Application for Naturalization (Form N-400) on July 21, 2006 and is seeking to naturalize pursuant to Immigration and Nationality Act ("INA") §316, 8 U.S.C. §1427.

3. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (hereinafter "DHS"), and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the DHS. 8 U.S,C, §1103(a); 8 C.F.R. §2.1.

4. Emilio T. Gonzalez is the Director of the United States Citizenship and Immigration Services (hereinafter "USCIS"), an agency within the DHS to whom the Secretary's authority has in part been delegated and is subject to the Secretary's supervision. This action is brought against him in his official capacity. Defendant Director is generally charged with the overall administration of benefits and immigration services. 8 C.F. R. §100.2(a).

5. Defendant Alfonso Aguilar is the Chief of the Office of Citizenship in USCIS and this action is brought against him in his official capacity. He is generally charged with the responsibility for promoting instruction and training on citizenship responsibilities for individuals interested in becoming naturalized citizens of the United States. Public Law 107-296, Homeland Security Act of 2002.

6. Defendant Rosemary Melville, is the District Director of the San Francisco District Office of the USCIS and this action is brought against her in her official capacity. As

will be shown, Defendant Director is the official with whom Plaintiff's Application for Naturalization remains pending.

7. Defendant Robert S. Mueller, III, is Director of the Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of State. As it will be shown, Defendant has failed to complete the security clearances on Plaintiff's case hence causing delay in Plaintiff's Application for Naturalization.

## JURISDICTION

8. Jurisdiction is proper in this court, pursuant to 28 USC §1331 and 1361, 5 USC §701 *et seq.*, and 28 USC §2201 *et seq.* Relief is requested pursuant to these statutes.

## VENUE

9. Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where the Plaintiff resides if no real property is involved in the action. Specifically, Plaintiff resides at 39610 Trinity Way, Fremont, CA 94538, and no real property is involved in the instant action.

## EXHAUSTION OF REMEDIES

10. Plaintiff has exhausted his administrative remedies.

## CAUSE OF ACTION

11. Plaintiff Siamak MORTEZAPOUR, filed his application for Naturalization (N-400) at the California Service Center on July 21, 2006. **(See Exhibit 1, copy of receipt notice for N-400.)**

12. On August 15, 2006, Plaintiff appeared at a scheduled appointment to have his fingerprints taken. **(See Exhibit 2, copy of fingerprint appointment notice.)** Since that date, nothing has happened. Plaintiff has not been interviewed in connection with his case.

13. On April 2, Plaintiff inquired with USCIS about the status of his case. He received a response dated April 3, 2007, indicating that it was pending due to the background check. **(See Exhibit 3, copy of letter from USCIS, April 3, 2007.)**

14. In April 2007, Plaintiff sent a Freedom of Information Act Request ("FOIA") to the FBI. He received a response indicating that no records were found pertaining to him. **(See Exhibit 4, letter from the FBI dated May 2, 2007.)**

15. On July 5, 2007, Plaintiff's counsel wrote a letter to Rosemary Melville inquiring into the status of this case and informing her that if no response were received within two weeks, Mr. Mortezapour would file this action. Counsel received a standard response that Plaintiff's case was still pending due to name checks.

16. On July 17, 2007, Plaintiff inquired with USCIS about the status of his case. He received a response that his case has been delayed to the background check. **(See Exhibit 5, letter from USCIS, July 19, 2007.)**

17. Based on the responses from USCIS and the FBI, Plaintiff believes that his N-400 application has not been adjudicated because of Defendant FBI's failure to complete his name check. At this time, the FBI name check appears to be the only reason for the delay of Plaintiff's Naturalization application as Plaintiff does not have a criminal record and there appears to be no other reason why his application has been delayed. **(See Exhibit 6, letter from California Department of Justice confirming no criminal history record was found; copy of fingerprint card sent to FBI confirming no record.)**

18. According to the USCIS processing dates, the San Francisco District Office is currently processing No-400 applications filed on or before December12, 2006. Plaintiff's N-400 application has now remained pending for over a year from the date of filing. **(See Exhibit 7, San Francisco District Office Processing Dates posted on July 16, 2007.)**

19. Defendants' refusal to act on this application is, as a matter of law, arbitrary and not in accordance with the law. Defendants unreasonably have delayed in and have

refused to adjudicate Plaintiff's Naturalization application for over a year, from the date of filing, thereby depriving him of the right to a decision on his application and the peace of mind to which Plaintiff is entitled.

20.  Plaintiff has been damaged by the failure of Defendants to act in accord with their duties under the law.

    a.  Plaintiff is married to a foreign national living in Iran and has filed a visa petition on her behalf on July 19, 2007.  **(See Exhibit 8, Copy of Receipt Notice for Immigrant Petition.)**  As a permanent resident, he must wait approximately five years before her priority date will become current and she will be allowed to immigrate.  As an American citizen, his wife would immediately be eligible to immigrate as there is no quota for spouses of American citizens.

    b.  Plaintiff obtained his Ph.D. in Electrical Engineering from Iowa State University and obtained his green card through an employment based sponsor.  He currently works as a senior design engineer.  He has seven publications and three awards to his name.  His skills are quite valuable to U.S. companies, yet he is limited in his job opportunities because he is not a U.S. Citizen.  Many companies in Plaintiff's industry require U.S. Citizenship as a requirement due to the technological work they do.

    c.  Plaintiff has been further damaged in that he is unable to obtain the rights and privileges enjoyed as citizens of the United States such as the ease of travel abroad and the right to vote.

21.  The Defendants, in violation of the Administrative Procedures Act, 5 USC §701 *et seq.*, are unlawfully withholding or unreasonably delaying action on Plaintiff's adjustment application and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

**PRAYER**

22.    WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

    a.  requiring Defendants to expeditiously complete the Security Check on Plaintiff's application for Naturalization;

    b.  requiring USCIS to process the Naturalization application to conclusion;

    c.  awarding Plaintiff reasonable attorney's fees under the Equal Access to Justice Act;

    d.  granting such other relief at law and in equity as justice may require.

Dated this 20th day of August, 2007                Respectfully submitted,

                                           Geri N. Kahn
                                           Attorney for Plaintiff

**CERTIFICATION OF INTERESTED ENTITES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 20, 2007                    Respectfully submitted,

Geri N. Kahn
Attorney for Plaintiff

# LIST OF ATTACHMENTS

1. Copies of receipt notice for N-400.

2. Copy of fingerprint notice.

3. Letter from USCIS, April 3, 2007.

4. Letter from the FBI, May 2, 2007.

5. Letter from USCIS, July 19, 2007.

6. Letter from California Department of Justice copy of fingerprint card from FBI confirming no record.

7. San Francisco District processing dates report, posted July 16, 2007.

8. Copy of receipt notice for Immigrant Petition, July 19, 2007.

.

.

**EXHIBIT ONE**

# THE UNITED STATES OF AMERICA

| Receipt with Exception | | | NOTICE DATE<br>August 01, 2006 |
|---|---|---|---|
| **CASE TYPE**<br>N400    Application For Naturalization | | | **USCIS A#**<br>A 075 736 108 |
| **APPLICATION NUMBER**<br>WSC*001556664 | **RECEIVED DATE**<br>July 21, 2006 | **PRIORITY DATE**<br>July 21, 2006 | **PAGE**<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
SIAMAK MORTEZAPOUR
39610 TRINITY WAY
FREMONT CA 94538

PAYMENT INFORMATION:

Single Application Fee:         $400.00
Total Amount Received:          $400.00
Total Balance Due:                $0.00

I‍l‌u‌l‌u‌l‌d‌l‌u‌l‌l‌d‌u‌l‌h

The above application has been received by our office and is in process, but has been noted with one or more of the following exception(s):

Missing Evidence(s) - your application was missing evidence(s) that you will need to provide at the time of your naturalization interview. You will be notified under separate notice of the necessary evidence(s) that you will be required to bring to your interview. Do not submit any evidence(s) by mail.

Our records indicate your personal information is as follows:
Date of Birth:              February 21, 1960
Address Where You Live:  39610 TRINITY WAY
                          FREMONT CA 94538

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local USCIS office. You should expect to be notified within  460  days of this notice.

**IMPORTANT NOTICE:** All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at a USCIS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check. If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted. Do not have your fingerprints taken anywhere else. You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you. Please inform the office listed below immediately of any address changes.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit USCIS at **www.uscis.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**USCIS Office Address:**
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

**USCIS Customer Service Number:**
(800) 375-5283

APPLICANT COPY



WSC$001666437

**EXHIBIT TWO**

# THE UNITED STATES OF AMERICA

| Fingerprint Notification | | | NOTICE DATE<br>August 02, 2006 |
|---|---|---|---|
| **CASE TYPE**<br>N400    Application For Naturalization | | | **USCIS A#**<br>A 075 736 108 |
| **APPLICATION NUMBER**<br>WSC*001556664 | **RECEIVED DATE**<br>July 21, 2006 | **PRIORITY DATE**<br>July 21, 2006 | **PAGE**<br>1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

SIAMAK MORTEZAPOUR
39610 TRINITY WAY
FREMONT CA 94538

BIOMETRICS PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS QA REVIEW BY:
ON
TENPRINTS QA REVIEW BY:
ON    8-15-06

To process your application, USCIS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| **APPLICATION SUPPORT CENTER**<br>CIS OAKLAND<br>2040 TELEGRAPH AVE.<br>OAKLAND CA 94612 | **DATE AND TIME OF APPOINTMENT**<br>08/15/2006<br>09:00 AM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

**REQUEST FOR RESCHEDULING**

Please reschedule my appointment for the next available:    ☐ Wednesday afternoon    ☐ Saturday afternoon

USCIS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

CIS OAKLAND
2040 TELEGRAPH AVE.
OAKLAND CA 94612

If you have any questions regarding this notice, please call 1-800-375-5283.    APPLICANT COPY

**APPLICATION NUMBER**
WSC*001556664

**WARNING!**

*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

**EXHIBIT THREE**

**U.S. Department of Homeland Security**
USCIS
630 Sansome Street
San Francisco, CA 94111



**U.S. Citizenship
and Immigration
Services**

Tuesday, April 3, 2007

SIAMAK MORTEZAPOUR
39610 TRINITY WAY
FREMONT CA 94538

Dear SIAMAK MORTEZAPOUR:

On 04/02/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | Information not available |
| **Receipt #:** | WSC*0015566641 |
| **Beneficiary (if you filed for someone else):** | MORTEZAPOUR, SIAMAK |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

**EXHIBIT FOUR**





**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

May 2, 2007

MR SIAMAK MORTEZAPOUR
39610 TRINITY WAY
FREMONT, CA 94538

Request No.: 1076764- 000
Subject: MORTEZAPOUR, SIAMAK

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

Should you desire a check of our field office files, you must write directly to the appropriate field office(s).

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

**EXHIBIT FIVE**



**U.S. Department of Homeland Security**
USCIS
630 Sansome Street
San Francisco, CA 94111

**U.S. Citizenship
and Immigration
Services**

Thursday, July 19, 2007

SIAMAK MORTEZAPOUR
39610 TRINITY WAY
FREMONT CA 94538

Dear Siamak Mortezapour:

On 07/17/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | 07/17/2006 |
| **Receipt #:** | WSC*001556664 |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A075736108 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

**EXHIBIT SIX**

*Edmund G. Brown Jr.*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*



BUREAU OF CRIMINAL IDENTIFICATION AND INFORMATION

P.O. Box 903417
SACRAMENTO, CA 94203-4170

June 04, 2007

SIAMAK MORTEZAPOUR
39610 TRINITY WAY
FREMONT, CA 94538

RE:    California Criminal History Information

Dear Applicant:

This is in response to your inquiry concerning the existence of a California criminal history record within the files of the Department of Justice's Bureau of Criminal Identification and Information. As of the date of this letter, a search of your fingerprints did not identify with any criminal history record maintained by this Bureau as provided by the California Penal Code Sections 11120-11127.

Pursuant to California Penal Code section 11121, the purpose of a record review request is to afford an individual with a copy of their record and to refute any erroneous or inaccurate information contained therein. The intent is not to be used for licensing, certification or employment purposes.

Additionally, California Penal Code sections 11125, 11142, and 11143 does not allow for a person or agency to make a request to another person to provide them with a copy of an individual's criminal history or notification that a record does not exist; does not allow an authorized person to furnish the record to an unauthorized person; nor does it allow an unauthorized person to buy, receive or possess the record or information. A violation of these section codes is a misdemeanor.

Sincerely,

ROBERT SANTOS, Assistant Manager
Record Support Section
Bureau of Criminal Identification and Information

For    EDMUND G. BROWN JR.
Attorney General

BCII 8708 (Rev. 05/06)

1-689* (Rev. 10-1-97)

**FEDERAL BUREAU OF INVESTIGATION**
**Criminal Justice Information Services Division**
**CLARKSBURG, W.V.  26306**

MAR 17 2007 6 0 9 6

**Please note the stamp on the back of the enclosed**
**fingerprint card indicating the results of the search of the FBI**
**Criminal Justice Information Services Division's files.**

Enclosure(s)

Identification and Investigative
Services Section

**FBI/DOJ**

MORTEZAPOUR SIAMAK

08-62600-034

DC000000Z
CJIS-WV-DO-REQ
CLARKSBURG, WV

39610 TRINITY WAY, FREMONT, CA

02  21  1960

6-4-07    FPC 504018

IRANIAN M WHT 5-10 185 BRN BLK IRAN

KeyEye Communication

2007072426-34-01

9785 Goethe Rd, Sacramento, CA

FIDO N 200720500183

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



NO ARREST RECORD

JUL 2 6 2007

CJIS DIVISION
FBI

**EXHIBIT SEVEN**




| Services & Benefits | Immigration Forms | Laws & Regulations | About USCIS | Education & Resources | Press Room |

Print This Page | Back |

# U.S. Citizenship and Immigration Services
## San Francisco CA Processing Dates
### Posted July 16, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice

and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **San Francisco CA** Posted July 16, 2007

| | | |
|---|---|---|
| I-131 | Application for Travel Documents | April 14, 2007 |
| I-485 | Application to Register Permanent Residence or Adjust Status | January 13, 2007 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | March 07, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | March 07, 2007 |
| I-765 | Application for Employment Authorization | April 28, 2007 |
| N-400 | Application for Naturalization | December 12, 2006 |
| N-600 | Application for Certification of Citizenship | April 14, 2007 |

Print This Page | Back

**08-20-2007 02:34 PM EDT**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

**EXHIBIT EIGHT**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I130    IMMIGRANT PETITION FOR RELATIVE, |
|---|---|---|
| WAC-07-221-51180 | | FIANCE(E), OR ORPHAN |

| RECEIVED DATE | PRIORITY DATE | PETITIONER A075 736 108 |
|---|---|---|
| July 19, 2007 | | MORTEZAPOUR, SIAMAK |

| NOTICE DATE | PAGE | BENEFICIARY |
|---|---|---|
| July 23, 2007 | 1 of 1 | AHMADNEJAD, MARYAM |

| SIAMAK MORTEZAPOUR | **Notice Type:**  Receipt Notice |
|---|---|
| 39610 TRINITY WAY | |
| FREMONT CA 94538 | Amount received: $  190.00 |
| | |
| | Section: Husband or wife of permanent |
| | resident, 203(a)(2)(A) INA |

**Receipt Notice**- This notice confirms that USCIS received your application or petition ("this case") as shown above. **If any of the above information is incorrect, please immediately call 800-375-5283 to let us know.** This will help avoid future problems.

This notice does not grant any immigration status or benefit. It is not even evidence that this case is still pending. It only shows that the application or petition was filed on the date shown.

**Processing time** - Processing times vary by kind of case. You can check our website at www.uscis.gov for our current "processing times" for this kind of case at the particular office to which this case is or becomes assigned. On our websites "case status online" page, you can also view status or sign up to receive free e-mail updates as we complete key processing steps on this case. During most of the time this case is pending, however, our systems will show only that the case has been received, and the processing status will not have changed, because we will be working on other cases that were filed earlier than this one. We will notify you by mail, and show in our systems, when we make a decision on this case or if we need something from you. If you do not receive an initial decision or update from us within our current processing time, check our website or call 800-375-5283. Please save this notice, and any other notice we send you about this case, and please make and keep a copy of any papers you send us by any means, along with any proof of delivery to us. Please have all these papers with you if you contact us about this case.

**If this case is an I-130 Petition** - Filing and approval of a Form I-130, Petition for Alien Relative, is only the first step in helping a relative immigrate to the United States. The beneficiaries of a petition must wait until a visa number is available before they can take the next step to apply for an immigrant visa or adjustment of status to lawful permanent residence. To best allocate resources, USCIS may wait to process forms I-130 until closer to the time when a visa number will become available, which may be years after the petition was filed. Nevertheless, USCIS processes forms I-130 in time not to delay relatives ability to take the next step toward permanent residence once a visa number does become available. If, before final action on the petition, you decide to withdraw your petition, your family relationship with the beneficiary ends, or you become a U.S. citizen, call 800-375-5283.

**Applications requiring biometrics**- In some types of cases USCIS requires biometrics. In such cases, USCIS will send you a SEPARATE appointment notice with a specific date, time and place for you to go to a USCIS Application Support Center (ASC) for biometrics processing. You must WAIT for that separate appointment notice and take it (NOT this receipt notice) to your ASC appointment along with your photo identification. Acceptable kinds of photo identification are: a passport or national photo identification issued by your country, a drivers license, a military photo identification, or a state-issued photo identification card. If you receive more than one ASC appointment notice, even for different cases, take them both to the first appointment.

**If your address changes**- If your mailing address changes while your case is pending, call 800-375-5283 or use the "Online Change of Address" function on our website. Otherwise, you might not receive notice of our action on this case.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**

