1
2
3
4
5
6                         UNITED STATES DISTRICT COURT
7                        NORTHERN DISTRICT OF CALIFORNIA
8
9                                                   No. C
10            Plaintiff(s),                         **CONSENT TO PROCEED BEFORE A**
                                                    **UNITED STATES MAGISTRATE JUDGE**
11       v.
12
13            Defendant(s).
                                          /
14
15         CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18 proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the

19 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20

21 Dated: _____         _____/s/_____
                                          Signature
22
                                          Counsel for _____
23                                        (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28