# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

FBI, Robert Mueller, Dir.

TO: (Name and address of defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within       days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
 CLERK                                                                                                                    DATE_____

_____
 (BY) DEPUTY CLERK

**RETURN OF SERVICE**

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | August 22, 2007 |
| Name of SERVER  Geri N. Kahn | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other *(specify)*:  Served on all defendants by USPS Certified Mail

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/08/2007
                   *Date*

/s/ Geri N. Kahn
*Signature of Server*

400 Montgomery Street, Suite 810
San Francisco, CA 94104
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

USPS - Track & Confirm                              http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do

 **UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7000 1670 0013 3619 3663**
Detailed Results:

- Delivered, August 27, 2007, 3:11 am, WASHINGTON, DC 20535
- Notice Left, August 26, 2007, 7:36 am, WASHINGTON, DC 20535
- Arrival at Unit, August 26, 2007, 3:28 am, WASHINGTON, DC 20022

( < Back )     ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

 POSTAL INSPECTORS       site map  contact us   government services   jobs   **National & Premier Accounts** 
Preserving the Trust
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7000 1670 0013 3619 3663

OFFICIAL USE

Postage  $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $

Postmark
Here

Sent To: Robert Mueller, GGC, FBI
Street, Apt. No., or PO Box No.: 935 Pensylvania Ave NW
City, State, ZIP+4: Washington, DC 20535-0001

PS Form 3800, May 2000                See Reverse for Instructions

## Receipt 1 (top left)

- Complete items 1, 2, and 3. Also complete if Restricted Delivery is desired.
- Name and address on the reverse so we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Addressed to:

Director

[illegible] Sansome Street
[San Fran]cisco, CA 94111

A. Signature: X *ASILYA*  ☐ Agent  ☐ Addressee
B. Received by (Printed Name) / C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number (service label): 7000 1670 0013 3619 3687

PS Form 3811, February 2004    Domestic Return Receipt    *Mortezapur*    102595-02-M-1540

## Receipt 1 — Certified Mail Receipt (top right)

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

- Postage: $
- Certified Fee
- Return Receipt Fee (Endorsement Required)
- Restricted Delivery Fee (Endorsement Required)
- Total Postage & Fees: $

Sent To: Rosemary Melville, CSCIS
Street, Apt. No.; or PO Box No.: 630 Sansome St.
City, State, ZIP+4: San Francisco, CA 94111

Tracking: 7000 3670 0013 3619 3687

PS Form 3800, May 2000    See Reverse for Instructions

## Receipt 2 (bottom left)

- Complete items 1, 2, and 3. Also complete if Restricted Delivery is desired.
- Name and address on the reverse so we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Addressed to:

[Alberto] Gonzales
USDOJ
1541 [illegible] Ave NW
[Washing]ton DC 20530-0019

A. Signature: X *[signature]*  ☐ Agent ☐ Addressee
B. Received by (Printed Name) / C. Date of Delivery: AUG 27 2007
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number (service label): 7000 1670 0013 3619 3694

PS Form 3811, February 2004    Domestic Return Receipt    *Mortezara*    102595-02-M-1540

## Receipt 2 — Certified Mail Receipt (bottom right)

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

- Postage: $
- Certified Fee
- Return Receipt Fee (Endorsement Required)
- Restricted Delivery Fee (Endorsement Required)
- Total Postage & Fees: $

Sent To: Alberto Gonzales USDOJ
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave NW
City, State, ZIP+4: Washington, DC 20530-0009

Tracking: 7000 1670 0013 3619 3694

PS Form 3800, May 2000    See Reverse for Instructions

## Left receipt

**US Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only; No Insurance Coverage Provided)

Sent To: Michael Chertoff, Emilio T. Gonzales, Alfonso Aguilar
Street/Apt. No.: DGC, DHS
City, State, ZIP+4: Washington, DC 20528-0001

Article Number: 7000 1670 0013 3619 3700

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:
Michael Chertoff
Emilio T. Gonzalez
Alfonso Aguilar
DHS
Office of General Counsel
Washington, DC 20528-0001

Signature: X (signed) — Agent
Received by (Printed Name): AUG 31 2007
SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY

Service Type: Certified Mail
Article Number: 7000 1670 0013 3619 3700

PS Form 3811, February 2004 — Domestic Return Receipt

## Right receipt

**US Postal Service CERTIFIED MAIL RECEIPT** (Domestic Mail Only; No Insurance Coverage Provided)

Sent To: Scott N. Schools, Esq., US Attorney's Office, 450 Golden Gate Ave., SF CA 94102

Article Number: 7007 0710 0000 0529 1955

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:
Scott N. Schools
US Attorney's Office
450 Golden Gate Ave
P.O. Box 36055
San Francisco CA 94102

Signature: X (signed)
Received by (Printed Name): (signed) — Agent
Date of Delivery: 9/5/07

Service Type: Certified Mail
Article Number: 7007 0710 0000 0529 1955

PS Form 3811, February 2004 — Domestic Return Receipt