1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

SIAMAK MORTEZAPOUR,                    )
12                                     )
            Plaintiff,                 )   No. C 07-4264 BZ
13                                     )
         v.                            )
14                                     )
MICHAEL CHERTOFF, Secretary, Department )  **CONSENT TO PROCEED BEFORE A**
15 of Homeland Security; EMILIO T. GONZALEZ, ) **UNITED STATES MAGISTRATE**
   Director, United States Citizenship and ) **JUDGE**
16 Immigration Services; ALBERTO GONZALES, )
   Attorney General; ALFONSO AGUILAR, Chief; )
17 United States Citizenship and Immigration )
   Services; ROSEMARY MELVILLE, District )
18 Director United States Citizenship and )
   Immigration Services; and ROBERT S. )
19 MUELLER, Director of Federal Bureau of )
   Investigation;                      )
20                                     )
            Defendants.                )
21 _____ )

22

23     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants in

24 this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all

25 further proceedings in the case, including trial, and order the entry of a final judgment.

26 ///

27 ///

28

Consent to Magistrate Jurisdiction
C 07-4264 BZ

| | | |
|---|---|---|
| 1 | Dated: October 22, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | _____/s/_____<br>ILA C. DEISS |
| 6 | | Assistant United States Attorney<br>Attorney for Defendants |

Consent to Magistrate Jurisdiction
C 07-4264 BZ