1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
   SIAMAK MORTEZAPOUR,                    )
12                                        )
              Plaintiff,                  )   No. C 07-4264 BZ
13                                        )
              v.                          )
14                                        )
   MICHAEL CHERTOFF, Secretary, Department )   **STIPULATION TO EXTEND TIME**
15 of Homeland Security; EMILIO T. GONZALEZ, )  **WITHIN WHICH THE DEFENDANTS**
   Director, United States Citizenship and )     **MUST FILE AN ANSWER**
16 Immigration Services; ALBERTO GONZALES, )
   Attorney General; ALFONSO AGUILAR, Chief; )
17 United States Citizenship and Immigration )
   Services; ROSEMARY MELVILLE, District  )
18 Director United States Citizenship and )
   Immigration Services; and ROBERT S.   )
19 MUELLER, Director of Federal Bureau of )
   Investigation;                         )
20                                        )
              Defendants.                 )
21 _____)

22    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to a 7-day extension of time

24 within which the Defendants must serve their answer to the complaint in the above-entitled action.

25 The Defendants will file their answer on or before October 29, 2007.

26 ///

27 ///

28

Stipulation for Extension
C 07-4264 BZ

1 | Dated: October 22, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

8 | Dated: October 22, 2007

/s/
GERI N. KAHN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

BERNARD ZIMMERMAN
United States Magistrate Judge

Stipulation for Extension
C 07-4264 BZ