UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAIMAK MORETAZPOUR,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>　　　　Defendant(s). | No. C 07-4264 BZ<br><br>**ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS** |

　　　Defendants' motion to dismiss is set for hearing on **December 5, 2007 at 10:00 a.m. IT IS HEREBY ORDERED** that the briefing schedule for defendants' motion is modified as follows: plaintiff's opposition to shall be filed no later than **November 9, 2007.** Any reply shall be filed no later than **November 16, 2007**.

Dated:   October 25, 2007

　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\Mortezapour v. Chertoff\Order Modifying Briefing Schedule.wpd

1