1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
   SIAMAK MORTEZAPOUR,                    )
12                                        )
              Plaintiff,                  )   No. C 07-4264 BZ
13                                        )
         v.                               )
14                                        )
   MICHAEL CHERTOFF, Secretary, Department)   **PARTIES' JOINT REQUEST TO BE**
15 of Homeland Security; EMILIO T. GONZALEZ,) **EXEMPT FROM FORMAL ADR**
   Director, United States Citizenship and)   **PROCESS**
16 Immigration Services; ALBERTO GONZALES,)
   Attorney General; ALFONSO AGUILAR, Chief;)
17 United States Citizenship and Immigration)
   Services; ROSEMARY MELVILLE, District  )
18 Director United States Citizenship and )
   Immigration Services; and ROBERT S.    )
19 MUELLER, Director of Federal Bureau of )
   Investigation;                         )
20                                        )
              Defendants.                 )
21 _____)

22   Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

23 Resolution Procedures in the Northern District of California," or the specified portions of the ADR

24 Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

25 options provided by the court and private entities, and considered whether this case might benefit

26 from any of them.

27   Here, the parties agree that referral to a formal ADR process will not be beneficial because this

28 action is limited to Plaintiff's request that this Court compel defendants to adjudicate the

Parties' Request to be Exempt from ADR Process
C 07-4264 BZ

application for naturalization. Defendants have already requested the FBI expedite the name check so that the application may be processed as soon as possible. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: November 26, 2007                Respectfully submitted,

                                        SCOTT N. SCHOOLS
                                        United States Attorney


                                        _____/s/_____
                                        ILA C. DEISS
                                        Assistant United States Attorney
                                        Attorney for Defendants


Dated: November 26, 2007                _____/s/_____
                                        GERI N. KAHN
                                        Attorney for Plaintiff

## ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Dated: _____
                                        BERNARD ZIMMERMAN
                                        United States Magistrate Judge

Parties' Request to be Exempt from ADR Process
C 07-4264 BZ