**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge BERNARD ZIMMERMAN

Date: **12/05/2007**

**C07-4264 BZ**

**Saimak Moretazpour v. Michael Chertoff, et al.**

Attorneys:   Geri N. Kahn (telephonic)   Ila C. Deiss

Time: 10:00 a.m.

Deputy Clerk: **LASHANDA SCOTT**      Court Reporter: **Juanita Gonzalez;11:20-11:21, 11:23-11:43**

**PROCEEDINGS:**                                  **RULING:**

1. Defendant's Motion to Dismiss                    Matter Submitted
2. _____

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**

( XX ) ORDER TO BE PREPARED BY:  Plntf ____ Deft ____ Court  XX

(   ) Referred to Magistrate Judge for a Settlement Conference to occur or as soon as schedule permits.
   (  ) By Court      (  ) Parties to approach Magistrate in future
( ) CASE CONTINUED TO_____ for _____

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by _____

P/T Conference Date -            Trial Date-
                                 Type of Trial:

Notes:_____