SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIAMAK MORTEZAPOUR,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services; ALBERTO GONZALES, Attorney General; ALFONSO AGUILAR, Chief; United States Citizenship and Immigration Services; ROSEMARY MELVILLE, District Director United States Citizenship and Immigration Services; and ROBERT S. MUELLER, Director of Federal Bureau of Investigation;<br><br>        Defendants. | No. C 07-4264 BZ<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT and PROPOSED ORDER** |

**1. Jurisdiction and Service**

The basis asserted by plaintiff for this Court's jurisdiction is 28 U.S.C. § 1331, 28 U.S.C. § 1361, 5 U.S.C. § 701 and 28 U.S.C. § 2201. The parties do not dispute that venue is proper in this district. No issues exist regarding personal jurisdiction or venue, and no parties remain to be served.

**2. Facts**

The plaintiff is a lawful permanent resident of the United States who filed an application for

Joint Case Management Conference Statement
C 07-4264 BZ

naturalization with USCIS on July 21, 2006.  The USCIS has not yet interviewed or adjudicated plaintiff's naturalization application.  Plaintiff's name check is pending with the FBI.

**3. Legal Issues**

1. Whether the USCIS or this Court may adjudicate a naturalization application before all of the necessary background checks of the applicant have been completed.

2. Whether the FBI's delay in completing Plaintiff's background check has been reasonable.

**4. Motions**

On December 6, 2007, this Court denied the defendants' motion to dismiss and set a date for the defendants to Answer the Complaint.  The parties would like to schedule cross-motions for summary judgment.

**5. Amendment of Pleadings**

No parties, claims or defenses are expected to be added or dismissed.

**6. Evidence Preservation**

The parties do not have any evidence that falls within this category.

**7. Disclosures**

The parties believe that the initial disclosure requirements of Fed. R. Civ. P. 26 do not apply to this case.

**8. Discovery**

The parties do not intend to take any discovery in this case at this time.

**9. Class Actions**

N/A

**10. Related Cases**

The parties are not aware of any related case or cases.

**11. Relief**

The plaintiff asks this Court to direct defendants to adjudicate his application for naturalization.

**12. Settlement and ADR**

The court approved the parties request to be exempt from the formal ADR process on

November 27, 2007.

**13. Consent to Magistrate Judge for All Purposes**

The parties consent to the assignment of this case to a magistrate judge.

**14. Other References**:

The parties do not believe that this case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15. Narrowing of Issues**

The parties do not believe that the issues can be narrowed by agreement or by motion, and do not have suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any request to bifurcate issues, claims or defenses.

**16. Expedited Schedule**

The parties' believe this case can be resolved on their motion for summary judgment.

**17. Scheduling**

The parties propose the following schedule on the defendants' motion to remand.

| | |
|---|---|
| Cross-Motions for summary judgment: | January 23, 2008 |
| Cross-Oppositions: | February 6, 2008 |
| Hearing: | February 27, 2008 at 10:00 a.m. |

**18. Trial**

The parties believe this matter can be resolved through motions.

**19. Disclosure of Non-Party Interested Entities or Persons**:

The Plaintiff intends to file the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16.

**20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter**

None.

///

///

///

Joint Case Management Conference Statement
C 07-4264 BZ

Dated: December 10, 2007   /s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: December 11, 2007   /s/
GERI N. KAHN
Attorney for Plaintiff

**ORDER**

The Joint Case Management Statement and Proposed Order are hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order.

Date:
BERNARD ZIMMERMAN
United States Magistrate Judge