**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **12/17/2007**

**C07-4264 BZ**

**Siamak Mortezapour v. Michael Chertoff, et al.**

Attorneys:   Geri N. Kahn l      Ila C. Deiss

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**   Reporter: **Not Reported. Counsel requested that the matter occur off the record.**

**PROCEEDINGS:**                               **RULING:**

1. Initial Case Management Conference                Matter Held
2. _____

( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Plaintiff's counsel will file the lead motion. Court will prepare a briefing order. Defendant shall file an Opposition and Cross Motion, Plaintiff will file a Reply and an Opposition to Cross Motion, Defendant will file a Sur-Reply. Court will set a one day court trial. Counsel stated that the case can be resolved by way of Motions without discovery.

( XX ) ORDER TO BE PREPARED BY:   Plntf ___   Deft ___   Court XX

(   ) Referred to Magistrate Judge for a Settlement Conference to occur or as soon as schedule permits.
   ( ) By Court     ( ) Parties to approach Magistrate in future
( ) CASE CONTINUED TO_____   for _____

Discovery Cut-Off_____   Expert Discovery Cut-Off_____

Plntf to Name Experts by _____   Deft to Name Experts by_____

P/T Conference Date -          Trial Date-
                               Type of Trial:

Notes:_____