SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIAMAK MORTEZAPOUR, | ) No. C 07-4264 BZ |
| Plaintiff, | ) |
| v. | ) **ANSWER** |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services; ALBERTO GONZALES, Attorney General; ALFONSO AGUILAR, Chief; United States Citizenship and Immigration Services; ROSEMARY MELVILLE, District Director United States Citizenship and Immigration Services; and ROBERT S. MUELLER, Director of Federal Bureau of Investigation; | ) |
| Defendants. | ) |

    Defendants hereby submit their Answer to Plaintiff's Complaint for Writ in the Nature of Mandamus.

    1. Paragraph One consists of Plaintiff's characterizations of the lawsuit for which no answer is required; however, to the extent that such allegations are deemed to require an answer, Defendants deny that they have withheld the action to Plaintiff's detriment.

**PARTIES**

    2. Defendants admit the allegations in Paragraph Two.

ANSWER
C 07-4264 BZ                                      1

1   3. Defendants admit the allegations in Paragraph Three.

2   4. Defendants admit the allegations in Paragraph Four.

3   5. Defendants admit the allegations in Paragraph Five.

4   6. Defendants admit the allegations in Paragraph Six.

5   7.  Defendants admit the allegations in Paragraph Seven.

## JURISDICTION

7   8. Paragraph Eight consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent that such allegations are deemed to require an answer, Defendants deny the allegations contained in this paragraph.

## VENUE

11  9. Paragraph Nine consists of Plaintiff's allegations regarding venue, to which no responsive pleading is required.

## EXHAUSTION OF REMEDIES

14  10. Defendants deny that Plaintiff has exhausted his administrative remedies.

## CAUSE OF ACTION

16  11. Defendants admit the allegations in Paragraph Eleven.

17  12. Defendants admit the first sentence in Paragraph Twelve; however, Defendants are without sufficient information to admit or deny the remaining allegations.

19  13. Defendants admit the allegations in Paragraph Thirteen.

20  14. Defendants are without sufficient information to admit or deny the Defendants deny the allegations in Paragraph Fourteen.

22  15. Defendants admit the allegations in Paragraph Fifteen.

23  16. Defendants admit the allegations in Paragraph Sixteen.

24  17. Paragraph Seventeen consists of Plaintiff's characterizations of the lawsuit for which no answer is required; however, to the extent that such allegations are deemed to require an answer, Defendants deny the allegations in this paragraph.

27  18. Defendants admit the allegations in Paragraph Eighteen.

28  19. Paragraph Nineteen consists of Plaintiff's characterizations of the lawsuit for which no

ANSWER
C 07-4264 BZ                                                2

answer is required; however, to the extent that such allegations are deemed to require an answer, Defendants deny the allegations in this paragraph.

20. Defendants deny the allegations in Paragraph Twenty.

(a). Defendants admit the first sentence in Paragraph Twenty subsection a; however, the remaining allegations consists of Plaintiff's conclusions of law for which no answer is required.

(b). Defendants are without sufficient information to admit or deny the allegations in Paragraph Twenty subsection b.

(c). Defendants deny the allegations in Paragraph Twenty subsection c.

21. Defendants deny the allegations in Paragraph Twenty-One.

**PRAYER**

22. Paragraph Twenty-Two consists of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny this paragraph.

**FIRST AFFIRMATIVE DEFENSE**

The court lacks jurisdiction over the subject matter of this action.

**SECOND AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

**THIRD AFFIRMATIVE DEFENSE**

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiff.

**FOURTH AFFIRMATIVE DEFENSE**

At all times alleged in the Complaint, Defendants were acting with good faith, with justification, and pursuant to authority.

**FIFTH AFFIRMATIVE DEFENSE**

Defendants are processing the applications referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

**SIXTH AFFIRMATIVE DEFENSE**

Defendants' delay is not unreasonable as a matter of law.

ANSWER
C 07-4264 BZ                                                          3

1  WHEREFORE, Defendants pray for relief as follows:

2      That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's

3  Complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief

4  as it deems just and proper under the circumstances.

5  Dated: December 20, 2007            Respectfully submitted,

6                                               SCOTT N. SCHOOLS
                                             United States Attorney

7

8                                                 /s/
                                             ILA C. DEISS

9                                               Assistant United States Attorney
                                             Attorneys for Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANSWER
C 07-4264 BZ                                   4