UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAIMAK MORETAZPOUR,<br>    Plaintiff(s),<br>  v.<br>MICHAEL CHERTOFF, et al.,<br>    Defendant(s). | No. C 07-4264 BZ<br><br>**BRIEFING SCHEDULE** |

Plaintiff and defendants intend to file cross motions for summary judgement. **IT IS HEREBY ORDERED** that plaintiff shall file his lead motion by **January 23, 2008**, defendants shall file their opposition and cross motion for summary judgment by **January 30, 2008**, plaintiff shall file his reply and opposition to the cross motion on **February 6, 2008**, and defendants shall file their sur reply, if needed, on **February 13, 2008**.

If the matter is not resolved through the cross motions for summary judgment, the trial is tentatively scheduled for August 25, 2008.

Dated: December 21, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Mortezapour v. Chertoff\ORDER SETTING BRIEFING SCHEDULE.wpd

1