Home  Contact Us  Site Map
FAQ

**U.S. Citizenship and Immigration Services**
- Services & Benefits
- Immigration Forms
- Laws & Regulations
- About USCIS
- Education & Resources
- Press Room

Advanced Search

# U.S. Citizenship and Immigration Services
## San Francisco CA Processing Dates
## Posted December 14, 2007

The processing times shown below are a tool for our customers to gauge our current processing times. When applications and petitions are completed within our target timeframes, that goal will be shown in the data display.

The processing times shown below are for applications that have just been completed. If you have just filed your application, these timeframes may not reflect how long your application will take to be completed. We encourage you to check this page periodically before inquiring about your case. The processing times are updated monthly.

USCIS has received a significant increase in the number of applications filed. In July and August, nearly 2.5 million applications and petitions of all types were received. This compares to 1.2 million applications and petitions received in the same time period last year. This fiscal year, we received 1.4 million applications for naturalization; nearly double the volume we received the year before. The agency is working to improve processes and focus increased resources, including hiring approximately 1,500 new employees, to address this workload.

As a result, average processing times for certain application types may be longer. In particular, naturalization applications filed after June 1, 2007 may take approximately 16-18 months to process.

We offer a variety of services after you file.  For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our customer guide –

Case Services - How do I… know what kind of services are available to me after I file my application or petition?

District Office Processing Dates for **San Francisco CA** Posted December 14, 2007

| Form | Form Name | Processing Timeframe: |
|---|---|---|
| I-131 | Application for Travel Documents | September 16, 2007 |
| I-485 | Application to Register Permanent Residence or Adjust Status | June 18, 2007 |
| I-600 | Petition to Classify Orphan as an Immediate Relative | September 16, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | September 16, 2007 |
| I-765 | Application for Employment Authorization | September 29, 2007 |
| N-400 | Application for Naturalization | May 19, 2007 |
| N-600 | Application for Certification of Citizenship | August 12, 2007 |