**DECLARATION OF SIAMAK MORTEZAPOUR**

I, Siamak Mortezapour, hereby declare as follows:

I am writing this Declaration in support of my Motion for Summary Judgment. I wish to explain why I would like to become an American citizen.

I was born on February 21, 1960 in Iran and am a citizen of Iran. I obtained my high school education in Iran. Because all top universities in Iran are government-sponsored and free, there is stiff competition to be admitted into one. All students desiring admission must take and pass difficult national board exams. I was fortunate to do well on the exams and was admitted into Shiraz University in Shiraz, Iran. I graduated in 1986 with a Bachelor of Science degree in Electrical Engineering.

After earning my Bachelor degree, I was also successful on board exams for entering Master degree program at Isfahan University of Technology in Isfahan, Iran and graduated with a Master of Science degree in Electrical Engineering in 1989. In that same year, I was awarded the Khawrazmi award, the most prestigious Iranian Scientific Award.

I then had the opportunity to continue my studies in the United States. I came to the United States in 1995 on a student visa and began attending the University of Oklahoma. After my first year, I was awarded the Graduate College Scholarship and the Premium for Academic Excellence Award at Iowa State University covering all my tuition, so I transferred to Iowa State. (See Exhibit A, Letter from Iowa State University.) I did well in my studies and was the recipient of the Texas Instruments Award for an extraordinary class project in a "Data Converter Circuits" course, Iowa State University of Science and technology; Ames, Iowa, 1996. (See Exhibit B, Certificate.) I graduated from Iowa State with a 3.92 GPA. (See Exhibit C, Transcript from Iowa State University.) I received my PhD in Electrical Engineering in August 2000. (See Exhibit D, Diploma.)

After graduating I have worked at various companies in the US as an Analog Design Engineer. In addition, I have continued my academic work. I have seven publications/patents to my name as follows:

- Mingdeng Chen, James A. Bailey, and Siamak Mortezapour, " Analog to digital converter elements and methods for using such", Assignee: Agere Systems Inc., Allentown, Pa., United States Patent 7,209,068, April 24, 2007

- S. Mortezapour, E.K.F. Lee, "A reconfigurable pipelined data converter", 2001 IEEE International Symposium on Circuits and Systems, vol. 4, pp. 314-317, May 2001, Sydney, Australia

- S. Mortezapour, EKF Lee, "A 1-V, 8-bit successive approximation ADC in standard CMOS process," IEEE Journal of Solid-State Circuits, vol. 35, No. 4, pp. 642-646, APRIL 2000

- S. Karthikeyan, S. Mortezapour, A. Tammineedi, and E. K. F. Lee, "Low-Voltage Analog Circuit Design Based on Biased Inverting Opamp Configuration", IEEE Transactions on Circuits and Systems-*II Analog and Digital Signal Processing,* VOL. 47, NO. 3, pp. 176-184, MARCH 2000.

- S. Mortezapour and E. K. F. Lee, "Design of low-power ROM-less direct digital frequency synthesizer using nonlinear digital-to-analog converter," IEEE Journal of Solid-State Circuits, vol. 34, No. 10, pp. 1350–1359, Oct. 1999.

- S. Mortezapour and E. Lee, "A low power quadrature direct digital frequency synthesizer using nonlinear resistor string DAC's," Proc. 24th European Solid-State Circuits Conf., Sept. 1998, pp. 348–351.

- S. Mortezapour, "Design and Implementation of Micro-strip Line Low Noise Amplifier and Oscillators", 1st Iranian Radar Conference.

I recently submitted another publication, "A 6b 500MS/s Double-Sampled Pipelined ADC With a 2.3-bit First Stage." Authors: Mingdeng Chen, James A. Bailey, Siamak Mortezapour, Suharli Tedja.  This was submitted to the 2008 Symposium on VLSI Circuits, to be held in Honolulu, Hawaii USA, June 18 - 20, 2008.  This conference is sponsored by the IEEE Solid-State Circuits Society and the Japan Society of Applied Physics in Cooperation with the Institute of Electronics, Information and Communication Engineers and the IEEE Electron Devices Society.  We have not yet learned it if will be accepted for publication.

I have lived in the United States since 1995.  I have only made brief visits to Iran to see my family, and more specifically and recently, my wife.  I have never had any problems anywhere in the world with the law – no arrests and no convictions.  I have spent my time both in Iran and in the U.S. pursuing my academic and professional career.

I applied for permanent residence in the United States based on a second preference employment based petition – Members of the Professions Holding Advanced Degrees.  I received my green card on October 15, 2001.

I applied for citizenship on July 21, 2006.  I have found this to be an incredibly frustrating process as I have seen absolutely no movement on my case since the date I was fingerprinted.  I understand the necessity of the U.S. Government to conduct a background check but I have been in the U.S. since 1995.  My citizenship application has been pending now for a year and a half.  USCIS already has information from me as a result of my student visa and from my green card application.  My citizenship application contains the same background information that has already been previously submitted to USCIS.  If I were some kind of security threat, I would expect that USCIS would have discovered it by now.

I would like to be an American citizen so that I may live in the United States permanently.  I am very grateful for the opportunities that I have here.  I would like my application to be processed so that I can take advantage of the rights and privileges that American citizens have.  I am most anxious to vote in the next presidential election.

Another important reason though is that I want my wife to join me in the United States. I met my wife two and a half years ago and we got married in April 2007. I thought that it would be a straight-forward process to bring her here and that we would not have to wait that long before being together. It has been horrible being separated for this long. We do not have a way of being together for any period of time until I receive my citizenship. I go back to Iran when I have vacation time from my job but I only have three weeks of vacation time in a year. It is hard to see my wife only three weeks out of the year. She is also unable to come to the United States. Because there are no diplomatic relations between the U.S. and Iran, there is no American embassy in Iran. She cannot simply go to the embassy and apply for a tourist visa as people can in other countries. It will be very difficult for her to travel alone to apply for a tourist visa at an American Embassy in another country and she would most likely be denied. American embassies rarely issue tourist visas to citizens of Iran. I would not be pushing so hard if my wife were from another country like Canada where it would be easier for her to come in, but as she is from Iran, it is a very difficult situation. We would like to live together in the same place and in the same country. We are anxious to get on with our lives together and start a family. We cannot do this (responsibly) until I receive my citizenship.

I am also hampered in my career because I am not an American citizen. I cannot apply for jobs in my field in which the company does business with the U.S. government. Companies that have contracts with the U.S. government generally require their employees to be U.S. Citizens. While I would otherwise be qualified for these jobs as a result of my experience, I cannot apply because of my legal status. I am also restricted in terms of being able to travel. Although I am permitted to travel abroad, it is difficult at times to obtain visas because of my Iranian citizenship. It would be far easier to travel with an American passport.

I respect the laws of the United States and want the government to conduct whatever background check they feel is necessary, but I feel that at this point, there is no legitimate reason as to why it is taking so long in my case. I respectfully request that my background check be expedited so that my citizenship application will continue to be processed.

Thank you for your consideration.

I declare under penalty of perjury that the foregoing is true and correct.

_____          Date: _1/23/2008_____
Siamak Mortezapour

3

# IOWA STATE UNIVERSITY

Alumni Hall
Ames, Iowa 50011-2010
515 294-5836

September 13, 1995

Siamak Mortezapour
Box 5603/1603 Cross Ctr Dr.
Norman, OK 73072-7151

Dear Mr. Mortezapour:

We are pleased to inform you of your admission for graduate study in the Department of Electrical and Computer Engineering beginning with the Spring Semester, 1996. Please arrive in Ames in time to report to the Office of International Students and Scholars on Monday, January 8, 1996, to begin your orientation program to Iowa State.

We would like to congratulate you on being awarded a graduate assistantship. For eligible graduate assistants, Iowa State waives the nonresident portion of the tuition fees, and assesses full resident tuition fees. (Please see the enclosed information on estimated expenses.) In addition, you have been granted the Graduate College Scholarship credit which pays one-half of the full resident fees, and the Premium for Academic Excellence which will pay the other half assessed to eligible assistants.

page 2

September 13, 1995

We are enclosing an application for university student housing which you should complete and return promptly to the Department of Residence if you wish to apply for university housing. Some residence halls offer continuous housing for those students who do not wish to leave the university during holidays and semester breaks. If you wish to live off campus, we encourage you to arrive early to allow yourself time to find accommodations.

Please keep this office and your department informed of any change in your plans. We look forward to your joining us at Iowa State.

Sincerely,

Patricia J. Parker
Assistant Director of Admissions

PJP:dh
Enc.
cc: Department of Electrical and Computer Engineering

EXHIBIT A



# Texas Instruments Award

Presented to

**Siamak Mortezapour**

Extraordinary Class Project in EE/CPRE 505X (Spring 1996)

*"A 6-Bit Video DAC"*

Presented by

**Prof. Mani Venkata**

Wednesday, September 04, 1996

Edward Lee

William Black

Randall Geiger

EXHIBIT B



EXHIBIT C

# Iowa State University of Science and Technology

hereby confers upon

## Siamak Mortezapour

the degree

## Doctor of Philosophy

Major in Electrical Engineering

with all the Honors and Distinctions belonging to this Degree in consideration of the satisfactory completion of the Course of Study prescribed in

## The Graduate College

Given at Ames, Iowa, on the fifth day of August, two thousand.



_____  
President of the Board of Regents, State of Iowa

_____  
President of the University

EXHIBIT D