# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Siamak MORTEZAPOUR, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Michael Chertoff, Secretary, Department of ) <br> Homeland Security; Emilio T. Gonzalez, ) <br> Director, United States Citizenship and ) <br> Immigration Services; Alberto Gonzales, ) <br> Attorney General; Alfonso Aguilar, Chief; ) <br> United States Citizenship and Immigration ) <br> Services; Rosemary Melville, District ) <br> Director United States Citizenship and ) <br> Immigration Services; and Robert Mueller, ) <br> Director of Federal Bureau of Investigation. ) <br> ) <br> Defendants. ) | Case No.:  07 4264  BZ <br><br> [PROPOSED] ORDER |

    Plaintiff moves for summary judgment in his mandamus action compelling defendants to complete security checks and processing of Plaintiff's application for naturalization to become a United States Citizen.  The Court has read the moving and responding papers.  For the reasons set forth below, the Court GRANTS Plaintiff's Motion for summary judgment.

    In the absence of specific deadlines, the USCIS has a non-discretionary duty to adjudicate applications for naturalization without unreasonable delay. *Kaplan v. Chertoff*, 481 F. Supp 2d 370, 399 (E.D. Pa. 2007)  Similarly the FBI has a mandatory, non-discretionary duty to complete

the background checks within a reasonable period of time. *Id., at 400.* National security interests and the complexity of the background check process can only excuse reasonable delay. Plaintiff has been waiting for over a year and five months to be scheduled for an interview. Defendants have provided no particularized facts to suggest that security interests and the complexity of the checks apply with special force to Plaintiff's application or that his name check is otherwise subject to special circumstances. Moreover, the USCIS is not without the power to speed up the adjudication of Plaintiff's application. Accordingly, the Court finds that Defendants have procedures in place to promptly complete Plaintiff's adjudication application.

For the foregoing reasons, Plaintiff's Motion for summary judgment is GRANTED. SO ORDERED.

DATED: _____

Bernard Zimmerman
United States Magistrate Judge