1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

   SIAMAK MORTEZAPOUR,                )
12                                    )
              Plaintiff,              )   No. C 07-4264 BZ
13                                    )
         v.                           )
14                                    )
   MICHAEL CHERTOFF, Secretary, Department ) **STIPULATION TO EXTEND DATE OF**
15 of Homeland Security; EMILIO T. GONZALEZ, ) **DEFENDANTS' SURREPLY; and**
   Director, United States Citizenship and ) **[PROPOSED] ORDER**
16 Immigration Services; ALBERTO GONZALES, )
   Attorney General; ALFONSO AGUILAR, Chief; )
17 United States Citizenship and Immigration )
   Services; ROSEMARY MELVILLE, District )
18 Director United States Citizenship and )
   Immigration Services; and ROBERT S. )
19 MUELLER, Director of Federal Bureau of )
   Investigation;                     )
20                                    )
              Defendants.             )
21 _____)

22     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to the following:

24     1. The Plaintiff filed an application for naturalization with the United States Citizenship and

25 Immigration (USCIS) on July 21, 2006.

26     2. The FBI has completed Plaintiff's name check.

27     3. Therefore, in order to allow sufficient time for the USCIS to complete adjudication, and for

28 the Defendants to revise their surreply, the parties hereby respectfully ask this Court to extend

Stipulation for Extension
C 07-4264 BZ

1  Defendants' surreply from February 13, 2008 to March 5, 2008.

2  Dated: February 13, 2008          Respectfully submitted,

3                                     JOSEPH P. RUSSONIELLO
                                      United States Attorney

4

5
                                           /s/
6                                     ILA C. DEISS[1]
                                      Assistant United States Attorney
7                                     Attorney for Defendants

8

9  Dated: February 13, 2008                /s/
                                      GERI N. KAHN
10                                    Attorney for Plaintiff

11

12
                              **ORDER**
13
       Pursuant to stipulation, IT IS SO ORDERED.
14

15

16  Date:
                                      BERNARD ZIMMERMAN
17                                    United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation for Extension
C 07-4264 BZ