JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIAMAK MORTEZAPOUR,<br><br>       Plaintiff,<br><br>   v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services; ALBERTO GONZALES, Attorney General; ALFONSO AGUILAR, Chief; United States Citizenship and Immigration Services; ROSEMARY MELVILLE, District Director United States Citizenship and Immigration Services; and ROBERT S. MUELLER, Director of Federal Bureau of Investigation;<br><br>       Defendants. | No. C 07-4264 BZ<br><br>**STIPULATION TO EXTEND DATE OF DEFENDANTS' SURREPLY; and [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. The Plaintiff filed an application for naturalization with the United States Citizenship and Immigration (USCIS) on July 21, 2006.

    2. The FBI has completed Plaintiff's name check.

    3. Therefore, in order to allow sufficient time for the USCIS to complete adjudication, and for the Defendants to revise their surreply, the parties hereby respectfully ask this Court to extend

Stipulation for Extension
C 07-4264 BZ

1 | Defendants' surreply from February 13, 2008 to March 5, 2008.

2 | Dated: February 13, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorney for Defendants

Dated: February 13, 2008

_____/s/_____
GERI N. KAHN
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 2-14-08

_____
BERNARD ZIMMERMAN
United States Magistrate Judge
JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation for Extension
C 07-4264 BZ