1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
   SIAMAK MORTEZAPOUR,                )
12                                    )
              Plaintiff,              )  No. C 07-4264 BZ
13                                    )
         v.                           )
14                                    )
   MICHAEL CHERTOFF, Secretary, Department ) **STIPULATION TO DISMISS AND**
15 of Homeland Security; EMILIO T. GONZALEZ, ) **[PROPOSED] ORDER**
   Director, United States Citizenship and )
16 Immigration Services; ALBERTO GONZALES, )
   Attorney General; ALFONSO AGUILAR, Chief; )
17 United States Citizenship and Immigration )
   Services; ROSEMARY MELVILLE, District )
18 Director United States Citizenship and )
   Immigration Services; and ROBERT S. )
19 MUELLER, Director of Federal Bureau of )
   Investigation; )
20                                    )
              Defendants.             )
21 _____ )

22     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 action because the United States Citizenship and Immigration Services has scheduled Plaintiff's

25 interview regarding his application for naturalization as the Federal Bureau of Investigations has

26 completed his name check on February 5, 2008.

27     The parties also request that the Court vacate the hearing on the motion for summary judgment

28 scheduled for March 19, 2008.

Stipulation for Dismissal
C 07-4264 BZ

1  Each of the parties shall bear their own costs and fees.

2  Dated: March 4, 2008                                  Respectfully submitted,

3                                                        JOSEPH P. RUSSONIELLO
                                                         United States Attorney

4

5

6                                                                /s/
                                                         ILA C. DEISS[1]
                                                         Assistant United States Attorney
7                                                        Attorney for Defendants

8

9  Dated: March 4, 2008                                          /s/
                                                         GERI N. KAHN
10                                                       Attorney for Plaintiff

11

12

13                                    **ORDER**

   Pursuant to stipulation, IT IS SO ORDERED.
14

15

16 Date:  _____
                                                         BERNARD ZIMMERMAN
17                                                       United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation for Dismissal
C 07-4264 BZ