| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIAMAK MORTEZAPOUR, | ) |
| Plaintiff, | ) No. C 07-4264 BZ |
| v. | ) |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services; ALBERTO GONZALES, Attorney General; ALFONSO AGUILAR, Chief; United States Citizenship and Immigration Services; ROSEMARY MELVILLE, District Director United States Citizenship and Immigration Services; and ROBERT S. MUELLER, Director of Federal Bureau of Investigation; | ) **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |
| Defendants. | ) |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action because the United States Citizenship and Immigration Services has scheduled Plaintiff's interview regarding his application for naturalization as the Federal Bureau of Investigations has completed his name check on February 5, 2008.

The parties also request that the Court vacate the hearing on the motion for summary judgment scheduled for March 19, 2008.

Stipulation for Dismissal
C 07-4264 BZ

1  Each of the parties shall bear their own costs and fees.

2  Dated: March 4, 2008                              Respectfully submitted,

3                                                    JOSEPH P. RUSSONIELLO
                                                     United States Attorney

6                                                    _____/s/_____
                                                     ILA C. DEISS[1]
                                                     Assistant United States Attorney
7                                                    Attorney for Defendants

9  Dated: March 4, 2008                              _____/s/_____
                                                     GERI N. KAHN
10                                                   Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

16  Date:   March 5, 2008                            _____
                                                     BERNARD ZIMMERMAN
17                                                   United States Magistrate Judge



---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation for Dismissal
C 07-4264 BZ